AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>TARGET DEVICES as described in attachment A, which<br>is incorporated by reference. | )<br>)<br>)  Case No. 19-MR-723<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

TARGET DEVICES as described in attachment A, which is incorporated by reference, located at 1001 Indian School Road NW, Albuquerque NM 87104.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B, which is incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____June 25, 2019____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Jerry H. Ritter____.
                                                                                                     *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____June 18, 2019  8:12 a.m.____                    _____
                                                                                                       *Judge's signature*

City and state:    ____Albuquerque, NM____                   Jerry H. Ritter, United States Magistrate Judge
                                                                                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 19-MR-723 | Date and time warrant executed: <br> 06/19/2019 5:00 pm | Copy of warrant and inventory left with: <br> Mailed to address given at the time of traffic stop |
| Inventory made in the presence of : <br> SA Greg Knox |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Extracted all data and metadata from electronic devices listed in Attachment A, items 1,2,4-8. See evidence collection report. Item 3 was sent to Quantico crime lab for further forensic evidence analysis. |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    06/26/2019

*Executing officer's signature*

Greg L. Knox, Special Agent
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

The items to be searched are currently located in lawful possession of the Bureau of Indian Affairs Office of Justice Services, Albuquerque office located at 1001 Indian School Rd, NW, Albuquerque, NM. These devices are being held as evidence as the result of a traffic stop and seizure of processed marijuana (10.18 grams), numerous pre-loaded gift cards (approximately 369), and a magnetic card encoder/decoder device.

Item to be searched:

1. Brand: iPhone 8
   Model: MQ6Y2LL/A
   IMEI: 35 870809 235441 0
   Serial Number: F4GY84GKJC67

2. Brand: iPhone 8
   Model: MQ6Y2LL/A
   IMEI: 35 675808 515273 7
   Serial Number: C76VJ5U3JC67

3. Brand: HP Stream Laptop
   Model: 11-y012nr
   Product ID: X7V33UA#ABA
   Serial Number: 5CD8044C7C

4. Brand: iPhone SE
   Model: MP7T2LL/A
   IMEI: 35 379308 419542 2
   Serial Number: FDDX635UHTVK

5. Brand: iPhone
   IMEI: 35 734109 500782 6
   Serial Number: DNPXP0DGKXKV

6. Brand: Samsung Galaxy S7
   Model: SM-G930VL
   IMEI: 358500070962649
   Serial Number: Unknown-Locked

7. Brand: Samsung Galaxy S7 Active
   Model: SAMSUNG-SM-G891A
   IMEI: 358518071172372
   Serial Number: R38H704Y0LA

8. Brand: iPhone XR
   Model: MT2G2LL/A
   IMEI: 35 306510 548674 6
   Serial Number: F2LYDCYUKXKQ

## ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of Title 18 U.S. Code § 1028 and Title 18 U.S. Code § 1029, including:

    a. Lists of contacts who are customers and suppliers of fraudulent identities (including names, addresses; phone numbers, email addresses and other identifying information), imported or purchased data of any individual other than the owner of device searched, including the date, places, and amounts related to specific transactions.

    b. Lists of customers and related identifying information; including any and all information email accounts, usernames, and payment information of bank accounts not belonging to device owners.

    c. Any information related to sources of banking information used to purchase gift cards through Samsung Pay/Apple Pay, or any other means of electronic payment (including names, addresses, phone numbers, or any other identifying information);

2. Any information recording owner/user of TARGET DEVICE's schedule or travel to the present;

    d. All bank records, checks, credit card bills, account information, and other financial records.

3. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.